UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS PANCHO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GARY SWARTHOUT, Warden, and<br>SOLANO STATE PRISON,<br><br>　　　　　Respondents. | Case No.  13-3552 WHO (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges a parole denial he received in Solano State Prison, is TRANSFERRED to the Eastern District of California, as that is the district in which parole was denied. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** September 11, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE PANCHO,

          Plaintiff,

  v.

SWARTHOUT et al,

          Defendant.
_____/

Case Number: CV13-03552 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 11, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Jose Luis Pancho T-22038
Solano State Prison C-14-21-3Low
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: September 11, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk